

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00125-CV

CITY OF THE COLONY, TEXAS                                    APPELLANT

V.

JOHN MCDONALD                                                APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

AND

### NO. 02-11-00262-CV

CITY OF THE COLONY, TEXAS                                    APPELLANT

V.

JOHN MCDONALD, INDIVIDUALLY                                  APPELLEE
AND AS NEXT FRIEND FOR
MINOR PATRICK TUCKER
MCDONALD

------------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Agreed Motion To Dismiss Appeals." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: March 15, 2012

---

[1]*See* Tex. R. App. P. 47.4.